IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALEXIS VASSILIOUS, | § |
| Plaintiff | § |
| | § |
| vs. | § |
| | § |
| GC SERVICES, LP | § |
| Defendant | § |

*ORIGINAL COMPLAINT*

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Alexis Vassilious files this Original Complaint against Defendant GC Services, LP and for causes of action, respectfully will prove according to the requisite burden(s) of proof:

**I.**

This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices. Plaintiff seeks to recover monetary damages for Defendant's violation of the FDCPA, and to have an Order or injunction issued by this Court preventing Defendant from continuing its behavior in violation of the FDCPA. Jurisdiction of this Court arises under 15 U.S.C. §

1

1692k(d) and venue is proper before this Court as Plaintiff and/or Defendant reside in this District and/or the complained of actions occurred in this District.

## II.

Plaintiff, Alexis Vassilious, is a natural person residing in Cream Ridge, New Jersey.

Defendant, GC Services, LP, is a domestic corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## III.

At various and multiple times prior to the filing of the instant complaint, including within the one hundred and fifty days preceding the filing of this Complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt. Defendant's conduct violated the FDCPA in multiple ways, including but not limited to:

a. Communicating with Plaintiff at places known to be inconvenient, including her place of employment despite being repeatedly told to stop (§1692c(a)(1&3));

b. Engaging in conduct of which the natural consequence is to harass, oppress, or abuse, including using profanity and causing Plaintiff's telephone to ring with intent to annoy, abuse, or harass (§1692d(2)(5));

c. Failing to validate the debt at the time of initial contact and/or in writing within five days thereafter (§1692g(a);

d. Communicating with persons other than Plaintiff <u>for purposes other than to locate Plaintiff</u> and communicating specific information about the debt owed (§1692b(1 &3));

e. Yelling and being otherwise verbally abusive in connection with the collection of this alleged debt (§1692(d));

f. Failing to provide meaningful disclosure of your company's identity and address (§1692(d)(6);

g. Making false and misleading representations regarding the character and status of the debt (§1692(e)(2));

h. Threatening to take legal action that cannot be taken, including wage garnishment and arrest (§1692(e)(5).

## IV.

As a result of the above violations of the FDCPA, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and

emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## V.

Plaintiff hereby demands a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that a declaratory judgment be entered that Defendant's conduct violated the FDCPA; that Plaintiff be awarded actual damages; that Plaintiff be awarded statutory damages pursuant to 15 U.S.C. § 1692k; that Plaintiff be awarded costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k ; and, for such other and further relief as may be just and proper.

Respectfully submitted,
Weisberg & Meyers, L.L.C.

By: s/Susan Landgraf
Susan Landgraf, Attorney in Charge
Texas State Bar # 00784702
S.D. Texas 15824
4201 West Parmer Lane
Suite A-250
Austin, TX 78727
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 565-1327

**ATTORNEYS FOR PLAINTIFF**

Please serve:

GC Services Limited Partnership
i/c/o Robert Gross
6330 Gulfton
Houston, TX 77081