# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIS VASSILIOUS, | § | |
| Plaintiff | § | |
| | § | Case No: 4:07-cv-1519 |
| vs. | § | |
| | § | |
| GC SERVICES, LP | § | |
| Defendant | § | |

NOW COME THE PARTIES by and through their attorneys to respectfully notify this Honorable Court that this case has settled.  A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved. Plaintiff further requests that any Orders submitted by this Court in relation to this matter include a directive that Defendant comply with the terms of this settlement in a timely manner.

Respectfully submitted,

Weisberg & Meyers, LLC

By: s/Susan Landgraf
Susan Landgraf, Attorney in Charge
Texas State Bar # 00784702
S.D. Texas 15824
4201 West Parmer Lane
Suite A-250
Austin, TX 78727
Phone: (512) 463-0036 ext. 116
Facsimile: (866) 565-1327

**ATTORNEYS FOR PLAINTIFF**

Filed electronically on this 28th day of August 2007, with:

United States District Court CM/ECF system

Copy electronically mailed on this 28th day of August 2007, to:

Kim Rankin
Barron, Newburger, Sinsley & Weir
5718 Westheimer, Ste 1755
Houston TX 77057

s/Susan Landgraf
    Susan Landgraf