# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| ALEXIS VASSILIOUS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-07-1519 |
| | § | |
| GC SERVICES, LP, | § | |
|     Defendant. | § | |

## CONDITIONAL DISMISSAL ORDER

Having been advised that the parties have settled their dispute, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **September 28, 2007** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **29th** day of **August, 2007**.


_____
Nancy F. Atlas
United States District Judge